AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| VICTOR LOPEZ, MARIANNE PERALTA, MARIA GUADALUPE MARINES, MARIA ELVIRA MONTOYA, and all others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> CORE MANAGEMENT GROUP LLC, PAUL DAVIS RESTORATION INC., COREY A. HOVLAND, individually and SALVADOR GOVEA, individually <br><br> *Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   PAUL DAVIS RESTORATION, INC.
c/o Registered Agent
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> PETER M. HOOGERWOERD, ESQ
> REMER, GEORGES-PIERRE & HOOGERWOERD, PLLC
> 2745 PONCE DE LEON BLVD
> CORAL GABLES, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*