AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| VICTOR LOPEZ, MARIANNE PERALTA, MARIA GUADALUPE MARINES, MARIA ELVIRA MONTOYA, and all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> CORE MANAGEMENT GROUP LLC, PAUL DAVIS RESTORATION INC., COREY A. HOVLAND, individually, and SALVADOR GOVEA, individually <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SALVADOR GOVEA, individually
18588 Winter Haven Rd
Fort Myers, FL 33967

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PETER M. HOOGERWOERD, ESQ
REMER, GEORGES-PIERRE & HOOGERWOERD, PLLC
2745 PONCE DE LEON BLVD
CORAL GABLES, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
*Signature of Clerk or Deputy Clerk*